NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SHERMAN HOWARD,**
*Petitioner.*

---

Miscellaneous Docket No. 126

---

On Petition for Writ of Mandamus to the Merit Systems Protection Board in case no. DA0752090172-I-1.

---

**ON PETITION**

---

## ORDER

Sherman Howard submits a petition for a writ of mandamus directing the Merit Systems Protection Board to comply with this court's July 6, 2011 remand order in *Howard v. Department of the Air Force*, Appeal No. 2010-3177, and for an award of attorney fees and costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The Merit Systems Protection Board is directed to respond no later than May 24, 2012.

FOR THE COURT

APR 2 7 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Marshall D. White, Esq.
    Joshua E. Kurland, Esq.
    James M. Eisenmann, Esq.
    Clerk, Merit Systems Protection Board

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 7 2012

JAN HORBALY
CLERK